JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNDEN KNEELAND,<br><br>    Plaintiffs,<br><br>vs.<br><br>BELLFLOWER-SOMEREST MUTUAL WATER COMPANY,<br><br>    Defendants. | CASE NO. CV 10-06093-MMM(AGRx)<br><br>ORDER DISMISSING CIVIL ACTION |

   THE COURT having been advised by counsel that the above-entitled action has been settled;

   IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within __30__ **days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action  and this Order shall not prejudice any party to this action.

DATED: September 15, 2011

*Margaret M. Morrow*
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE